UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS,<br><br>        Plaintiff,<br><br>   -against-<br><br>NC ACCIDENT REPORTS LLC,<br><br>        Defendant. | 24-CV-6950 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's September 16, 2024 Order, ECF No. 5, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **December 4, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 6, 2024**.

  SO ORDERED.

Dated: December 5, 2024
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge